UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80077-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs

DAVID J CHIDDO

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO WITHDRAW

**THIS CAUSE** came before the Court upon Judge Hopkins's Report and Recommendation [D.E. 276] of Defendant's Motion to Withdraw [D.E. 53]. Upon consideration, it is:

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation is hereby **ADOPTED**.

2. Mr. Bertisch's motion to withdraw as counsel is hereby **GRANTED**.

3. New appellate counsel under the criminal justice act will be appointed under separate order.

DONE and SIGNED in Chambers at West Palm Beach, Florida this _1st_ day of February 2016.

                            Daniel T. K. Hurley
                        United States District Judge

Cc: All counsel of record